1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   CAROLYN B. CHEN, CSBN 256628
4  Special Assistant United States Attorney
5         160 Spear Street, Suite 800
          San Francisco, California 94105
6         Telephone: (415) 977-8956
          Facsimile: (415) 744-0134
7         E-Mail: Carolyn.Chen@ssa.gov
8
   Attorneys for Defendant
9
                    **UNITED STATES DISTRICT COURT**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11
                         **SACRAMENTO DIVISION**
12

13                                            ) Case No.: 2:15-CV-00926-AC
   VILMA WIMBS,                               )
14                                            ) STIPULATION AND ~~PROPOSED~~ ORDER
               Plaintiff,                     ) APPROVING SETTLEMENT OF
15                                            ) ATTORNEY FEES PURSUANT TO THE
          vs.                                 ) EQUAL ACCESS TO JUSTICE ACT, 28
16  CAROLYN W. COLVIN,                        ) U.S.C. § 2412(d)
    Acting Commissioner of Social Security,   )
17                                            )
                                              )
18             Defendant.                     )
                                              )
19  _____      )

20       IT IS HEREBY STIPULATED by and between the parties, through their undersigned

21  counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees in the amount of

22  SIX THOUSAND NINE HUNDRED DOLLARS ($6,900) under the Equal Access to Justice

23  Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services

24  rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with

25  28 U.S.C. § 2412(d).

26       After the Court issues an order for EAJA fees to Plaintiff, the government will consider

27  the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to *Astrue v.*

28  *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the

                                             1

1  fees are subject to any offset allowed under the United States Department of the Treasury's

2  Offset Program.  After the order for EAJA fees is entered, the government will determine

3  whether they are subject to any offset.

4       Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

5  that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees,

6  expenses and costs to be made directly to John V. Johnson pursuant to the assignment executed

7  by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

8       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

9  attorney fees and expenses, and does not constitute an admission of liability on the part of

10  Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a

11  complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel,

12  including John V. Johnson, may have relating to EAJA attorney fees and expenses in connection

13  with this action.

14       This award is without prejudice to the rights of Plaintiff's to seek Social Security Act

15  attorney fees under 42 U.S.C. §  406(b), subject to the savings clause provisions of the EAJA.

16

17                          Respectfully submitted,

18  Dated: June 27, 2016          By: /s/ Carolyn B. Chen for John V. Johnson*
                                  (As authorized by email on 6/27/2016)
19                                JOHN V. JOHNSON
                                  Attorney for Plaintiff
20

21                                BENJAMIN B. WAGNER
                                  United States Attorney
22                                DEBORAH LEE STACHEL
                                  Acting Regional Chief Counsel, Region IX
23                                Social Security Administration

24
    Dated: June 27, 2016      By:   /s/ Carolyn B. Chen
25                                  CAROLYN B. CHEN
                                  Special Assistant United States Attorney
26                                Attorneys for Defendant

27

28

                               2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of SIX THOUSAND NINE HUNDRED DOLLARS ($6,900), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated:  June 28, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE